UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| GRIDER DRUG LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3: 08-77-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| COMMONWEALTH OF KENTUCKY, | ) | |
| OFFICE OF THE ATTORNEY | ) | |
| GENERAL, Department of Criminal | ) | |
| Investigations, Medicaid Fraud and Abuse | ) | |
| Control Division, | ) | |
| | ) | |
| CABINET FOR HEALTH AND FAMILY | ) | |
| SERVICES, Department for Medicaid | ) | |
| Services, | ) | |
| | ) | |
| Defendants. | ) | |

*** *** *** ***

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** as follows:

1. Judgment is entered in favor of the Defendants Commonwealth of Kentucky, Office of the Attorney General and Cabinet for Health and Family Services with respect to the claims asserted herein by Plaintiff Grider Drug LLC.

2. This matter is **DISMISSED** and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 20th day of April, 2009.



Signed By:

_Danny C. Reeves_

**United States District Judge**